the event, upon the ground that there was evidence of defendant's negligence, or rather of negligence on the part of its superintendent in sending the plaintiff to do the work of painting the ventilating pipes without a helper to hold the ladder. Jenks, P. J., Stapleton and Mills, JJ., concurred; Rich, J., voted to affirm; Carr, J., not voting.

LIZZIE SEARLES, Respondent, v. CITY OF NEW ROCHELLE, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

BENJAMIN STOLLER, an Infant, by WILLIAM STOLLER, His Guardian ad Litem, Appellant, v. MORRIS PALATNICK, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

ARTHUR E. WILLIAMS, Respondent v. JAMES McGINNESS COMPANY, INC., Appellant. — Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the charge to the jury to the effect that the fact that the box fell, if plaintiff's own act did not contribute to its fall, justified a verdict for the plaintiff. We think this was not a case for the rule of *res ipsa loquitur*, since by itself the falling box did not speak of or identify defendant as the wrongdoer. Jenks, P. J., Mills, Rich and Putnam, JJ., concurred.

OSCAR FRIED, Appellant, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent. — Motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

JOHN GILBERT, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant. — Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

WILLIAM N. BESANT, Respondent, v. PLINY FISK, Appellant. — Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

MARCUS W. CONKLING, Appellant, v. GERRIT FORBES, Defendant, and WILLIAM H. SMITH, Respondent. - Order modified so as to permit the plaintiff, upon payment of twenty dollars costs, and also ten dollars costs, and the disbursements here, to make and serve an amended complaint within twenty days, and as so modified affirmed; and, if said amended complaint be so served, then the judgment is reversed, and otherwise affirmed, with costs and disbursements. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred.

OSCAR FRIED, Appellant, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent. — Order entered December 1, 1916, affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Rich, J., dissented.

OSCAR FRIED, Appellant, v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent. — Order entered December 23, 1915, affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Rich, J., dissented.

FREDERICK H. MEIER, Respondent, v. CARPENTER, BOXLEY & HERRICK, INC., Appellant. — Judgment and order of the County Court of